UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMBRA McCAIN-ROBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:05-cv-1157-DFH-TAB ) |
| ELI LILLY AND COMPANY, | ) ) |
| Defendant. | ) |

FINAL JUDGMENT

The court has today issued its entry granting defendant Eli Lilly and Company's motion for summary judgment.  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Ambra McCain-Roby take nothing by her complaint against defendant Eli Lilly and Company, and that this action is hereby DISMISSED WITH PREJUDICE.

Date:  December 20, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

Copies to:

Ellen E. Boshkoff
BAKER & DANIELS
ellen.boshkoff@bakerd.com

Adrienne Franco Busby
BAKER & DANIELS
afbusby@bakerd.com

Anna L. Buschmann
HASKIN LAUTER LARUE & GIBBONS
abuschmann@hlllaw.com

Stuart R. Buttrick
BAKER & DANIELS
stuart.buttrick@bakerd.com

Denise K. LaRue
HASKIN LAUTER LARUE & GIBBONS
dlarue@hlllaw.com